**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 00-1020**

─────────

GINO CORNELIUS CAUTHERN,

Plaintiff - Appellant,

versus

GOODWILL INDUSTRIES, of Northwest North Carolina,

Defendant - Appellee.

─────────

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. N. Carlton Tilley, Jr., Chief District Judge. (CA-98-693-1)

─────────

Submitted: June 15, 2000          Decided: June 20, 2000

─────────

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Gino Cornelius Cauthern, Appellant Pro Se. Penni Pearson Bradshaw, Eugene Hamilton Matthews, Sr., KILPATRICK STOCKTON, L.L.P., Winston-Salem, North Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gino Cornelius Cauthern appeals the district court's order granting summary judgment in Defendant's favor in this employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Cauthern v. Goodwill Indus., No. CA-98-693-1 (M.D.N.C. Aug. 19, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED